UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JOSHUA MCGEE,

    Plaintiff,

v.

CONTINENTAL TECHNOLOGIES, INC. et al,

    Defendants.                       No. 11-cv-1060-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the 60 Day Order entered on December 19, 2013 (Doc. 55), this case is **DISMISSED** with prejudice.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT


                              BY:    /s/*Sara Jennings*
                                          Deputy Clerk

Dated:   March 4, 2014

Digitally signed by David R. Herndon
Date: 2014.03.04 16:45:08 -06'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**